IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

DAWN MARIE WINES,                                                                                    PLAINTIFF
ADC #710968

v.                                        No. 1:14CV00144-JLH-JTK

TINA BABB, et al.                                                                                    DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED without prejudice. The relief sought is denied.

The Court certifies that an *in forma pauperis* appeal from this Judgment and accompanying Order would not be in good faith, pursuant to 28 U.S.C. § 1915(g).

IT IS SO ADJUDGED this 9th day of January, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE